IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHAWNDALE WARREN**                                                                 **PLAINTIFF**
**ADC #166650**

v.                                  No: 3:20-cv-00380 DPM-PSH

**NATHAN WEST,** *et al.*                                                            **DEFENDANTS**

### ORDER

Having reviewed Shawndale Warren's amended complaint (Doc. No. 9) for screening purposes,[1] it appears that service is appropriate as to defendants Health Services Administrator Marjorie Hall, Dr. Robert Anderson, Dr. "Jane" Landrigan, Nurse Nathan West, and Nurse Lung.  The Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 9) and summons on each defendant without prepayment of fees and costs or security therefor.  Service on Dr. Anderson should be attempted at CHI St. Vincent Infirmary, 1 St Vincent Cir, Ste 240, Little Rock, Arkansas 72205-5493.  Service on the other defendants should be

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

attempted through Humphries, Odum & Eubanks, 1901 S. Broadway, Little Rock, Arkansas 72206.[2]

Additionally, Warren is directed to provide a name for Nurse Jane Doe. Warren may review his medical records or conduct discovery to determine her name. Warren's failure to provide a name for Doe within 60 days will result in the recommended dismissal of his claims against Doe.

IT IS SO ORDERED this 16th day of March, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] If a defendant is no longer an employee of WellPath, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.