# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SHAWNDALE WARREN**
**ADC #166650**                                                                 **PLAINTIFF**

v.                         No. 3:20-cv-380-DPM-PSH

**NATHAN WEST, Nurse for Wellpath;**
**MARJORIE HALL, Administration,**
**Wellpath;   JUSTIN PETERS, Grievance**
**Coordinator, ADC-NCU;   ANDERSON,**
**Oral Surgeon, St. Vincent Hospital;**
**JANE DOE, Nurse, ADC-NCU;**
**LANDRIGAN, Dentist, ADC-NCU;**
**and LUNG, Nurse**                                                              **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Harris's unopposed partial recommendation, *Doc. 11*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Warren may proceed with his Eighth Amendment deliberate indifference claims, state law negligence claims, and retaliation claims against Hall, Anderson, Landrigan, West, Lung, and Doe. All other claims and Defendants are dismissed without prejudice.

So Ordered.

*/s/ WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2021