IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHAWNDALE WARREN**       **PLAINTIFF**
**ADC #166650**

v.                No: 3:20-cv-00380 DPM-PSH

**NATHAN WEST,** *et al.*       **DEFENDANTS**

## ORDER

Summonses have been returned unexecuted for the following defendants: Health Services Administrator Marjorie Hall, Dr. Lillian Landrigan, Nurse Nathan West, and Nurse Lung. *See* Doc. Nos. 19-22. The Court has since received service instructions from WellPath, LLC as to Hall, West, and Lung.[1] Accordingly, the Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 9) and summons on each defendant without prepayment of fees and costs or security therefor at Humphries, Odum & Eubanks, 1901 S. Broadway, Little Rock, Arkansas 72206.

IT IS SO ORDERED this 7th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court awaits instructions as to Dr. Landrigan and the Doe Defendant identified by Plaintiff Warren as LPN Michelle Hussung. *See* Doc. No. 24.