IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHAWNDALE WARREN**                                                                                    **PLAINTIFF**
**ADC #166650**

v.                          No: 3:20-cv-00380 DPM-PSH

**NATHAN WEST,** *et al.*                                                                                **DEFENDANTS**

## ORDER

A summons has been returned executed for Dr. Anderson, an oral surgeon at St. Vincent Hospital (Doc. No. 23). However, the return receipt is signed by another individual whose name appears to be Mary Heidrich. Accordingly, there is no proof Dr. Anderson has been properly served, and the Court must reattempt service on Dr. Anderson. A list of oral surgeons at St. Vincent Hospital indicates there is an oral surgeon named Robert Anderson there. Accordingly, the Clerk of the Court shall prepare a summons for Dr. Robert Anderson, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 9) and summons on Dr. Anderson at CHI St. Vincent Infirmary, 1 St Vincent Cir, Ste 240, Little Rock, Arkansas 72205-5493. *The Court requests that the United States Marshal attempt to personally serve Defendant Dr. Anderson.*

IT IS SO ORDERED this 12th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE