# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SHAWNDALE WARREN                                                      PLAINTIFF
ADC #166650

v.                          No: 3:20-cv-00380 DPM-PSH

NATHAN WEST, *et al.*                                                 DEFENDANTS

## ORDER

Before the Court is a motion for status update filed by Plaintiff Shawndale Warren (Doc. No. 27). Warren's motion is granted. The Clerk of Court is directed to send Warren a copy of the docket sheet. Warren has also asked for information regarding the status of service on the defendants. WellPath, LLC has recently altered its procedures for serving employees. The Court has obtained service instructions for and ordered service on Health Services Administrator Marjorie Hall, Nurse Nathan West, and Nurse Lung. *See* Doc. No. 28. The Court is waiting on service instructions for Dr. Lillian Landrigan and Nurse Michelle Hussung. A summons has been returned executed for Dr. Anderson, an oral surgeon at St. Vincent Hospital (Doc. No. 23). However, because the return receipt is signed by another individual, there is no proof Dr. Anderson was properly served. The Court is therefore reattempting service on Dr. Anderson by separate order. *See* Doc. No. 29.

Warren also moves for appointment of counsel (Doc. No. 26) and asserts that he has no access to the law library at his current location, the Benton Work Release Unit. This motion is denied without prejudice. A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action, but the Court may appoint counsel at its discretion. 28 U.S.C. § 1915(e)(1). The Court has considered Warren's need for an attorney, the likelihood that Warren will benefit from assistance of counsel, the factual complexity of the case, Warren's ability to investigate and present his case, and the complexity of the legal issues. In considering these factors, the Court finds that Warren should be capable of prosecuting his claims without appointed counsel at this time.

Counsel will be appointed at the direction of the Court when and if it is deemed necessary. Warren should not need access to a law library to prosecute his case at this juncture because the Court is still in the process of serving the defendants. Warren may file another motion to appoint counsel if his need for a law library hinders his ability to prosecute this case; however, he must specifically describe the legal materials he needs and why he cannot obtain them without counsel.

IT IS SO ORDERED this 12th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE