IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHAWNDALE WARREN**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #166650**

v.　　　　　　　No: 3:20-cv-00380 DPM-PSH

**NATHAN WEST,** *et al.*　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

A summons has been returned unexecuted for defendant Dr. Lillian Landrigan. *See* Doc. No. 20. Additionally, the Jane Doe defendant has been identified as Michelle Hussung, LPN. *See* Doc. No. 24. The Court has received last known addresses for Dr. Landrigan and Hussung from WellPath, LLC, and those addresses have been docketed under seal. *See* Doc. No. 35. Accordingly, the Clerk of the Court shall prepare summonses for these defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 9) and summons on each defendant without prepayment of fees and costs or security therefor at the addresses under seal. Service should be attempted by certified mail, return receipt, restricted delivery.

IT IS SO ORDERED this 30th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE