IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHAWNDALE WARREN                                          PLAINTIFF

v.                       No. 3:20-cv-380-DPM

MARJORIE HALL, Administration, Wellpath;
ANDERSON, Oral Surgeon, St. Vincent Hospital;
MICHELLE HUSSUNG, Nurse, ADC-NCU;
LILLIAN LANDRIGAN, Dentist, ADC-NCU;
and LUNG, Nurse                                      DEFENDANTS

### ORDER

1.       On *de novo* review, Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 77*, and overrules Dr. Anderson's objection, *Doc. 78*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Warren fully exhausted three grievances complaining about allegedly inadequate medical care, including treatment provided by Dr. Anderson. The grievances are not precise about the dates of treatment. In one grievance, Warren does not identify Dr. Anderson by name. *Doc. 66-1 at 25*. Dr. Anderson could be right that the ADC's grievance procedure requires more detail. But that is neither here nor there, because the ADC denied the grievances on the merits. *Hammett v. Cofield*, 681 F.3d 945, 947 (8th Cir. 2012). Warren's grievances were specific enough that the ADC evaluated and dismissed his complaints about Dr. Anderson before this lawsuit was

filed. *Compare Burns v. Eaton*, 752 F.3d 1136, 1141 (8th Cir. 2014). Dismissal for failure to exhaust would be improper.

  2. The motion for partial summary judgment, *Doc. 64*, is granted in part and denied in part. Warren's claims against Hussung and Lang are dismissed without prejudice. The Court instructs the Clerk to terminate them as party defendants. Warren's retaliation claims against Hall and Dr. Landrigan are dismissed without prejudice for failure to exhaust. His medical deliberate indifference and negligence claims against Dr. Landrigan, Dr. Anderson, and Hall go forward. The Court returns this case to the Magistrate Judge for further pre-trial proceedings.

  So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 August 2022