IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SHAWNDALE WARREN**                                                                **PLAINTIFF**

V.                              NO. 3:20-cv-380-DPM-ERE

**NATHAN WEST**, *et al*.                                                            **DEFENDANTS**

## ORDER

Pending before the Court is Defendant Dr. Robert Anderson's motion to adopt separate Defendants Marjorie Hall and Dr. Lillian Landrigan's pending motion to dismiss. *Doc. 87*. On December 4, 2022, Defendant Hall and Landrigan moved to dismiss Mr. Warren's claims based on his lack of prosecution of this lawsuit. According to Defendants, Mr. Warren failed to appear for a properly noticed deposition scheduled for November 22, 2022. *Doc. 84 at 2*. Mr. Warren currently has until December 21, 2022, to respond to Defendants' motion to dismiss. *Doc. 86*.

IT IS HEREBY ORDERED THAT:

1. Defendant Anderson's motion to adopt (*Doc. 87*) is GRANTED.

2. The Clerk is directed to correct the docket sheet to note that Defendant Anderson joins in the pending motion to dismiss (*Doc. 84*).

Dated this 7th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE