## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**SHAWNDALE WARREN**                                            **PLAINTIFF**

v.                              **No. 3:20-cv-380-DPM**

**MARORIE HALL, Administration,**
**Wellpath;  ROBERT ANDERSON,**
**Oral Surgeon, St. Vincent Hospital;**
**and LILLIAN LANDRIGAN, Dr.,**
**Dentist, ADC-NCU**                                            **DEFENDANTS**

### ORDER

1.     The Court construes Warren's motion, *Doc. 90*, as an objection to the recommendation, *Doc. 89*.  On *de novo* review, the Court adopts the recommendation and overrules Warren's objection.  FED. R. CIV. P. 72(b)(3).

2.     Warren says he became disabled on 13 August 2022.  *Doc. 90*. But he hasn't offered any explanation about how becoming disabled has affected his ability to prosecute this case.  Defendants' notice of deposition was delivered to Warren's updated address on 14 November 2022.  *Doc. 84–1 at 16*.  And none of the filings that were mailed to Warren have been returned undeliverable.  The defendants' motion to dismiss, *Doc. 84*, is therefore granted.  Warren's amended complaint will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

**3.**     Warren's embedded request to appoint counsel, *Doc. 90*, is denied.  A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action.  28 U.S.C. 1915 (e)(1).  Defendants' remaining motions, *Doc. 91, 92 & 93*, are denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
3 March 2023