IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SHAWNDALE WARREN                                                    PLAINTIFF

v.                            No. 3:20-cv-380-DPM

NATHAN WEST, Nurse, Wellpath;
MARORIE HALL, Administration,
Wellpath;  JUSTIN PETERS,
Grievance Coordinator, ADC-NCU;
ROBERT ANDERSON, Oral Surgeon,
St. Vincent Hospital;  MICHELLE
HUSSUNG, Nurse, ADC-NCU;
LILLIAN LANDRIGAN, Dr., Dentist,
ADC-NCU;  and SARAH LUNG, Nurse                                    DEFENDANTS

## JUDGMENT

Warren's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 March 2023